PETER F. CUMMINGS, RELATOR-RESPONDENT, v. POLICE-
MEN'S PENSION COMMISSION OF THE BOROUGH OF
BELMAR, RESPONDENT-APPELLANT.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellant, *Edward A. Markley.*

For the respondent, *Lester C. Leonard.*

PER CURIAM.

Relator made application for retirement on pension from
the Belmar police department, and claimed such right under
section 2 of chapter 160. *Pamph. L.* 1920, *p.* 324.

This appeal brings up a rule entered in the Supreme Court
overruling a demurrer of the policemen's pension commission
of the borough of Belmar, to an alternative writ of *mandamus*
sued out by the relator-respondent to require the commission
to "call forthwith to your assistance the aid of a surgeon or
physician representing either the police or fire department
of said borough, to the end that you may consider the appli-
cation for said retirement" of Cummings, "and arrive at a
decision in accordance with the procedure prescribed in said
statute."

This matter was in this court before (*Cummings* v. *Police-
men's Pension Commission, &c.,* 109 *N. J. L.* 97), and was
remanded to the Supreme Court, in order that an alternative
writ of *mandamus* with suitable recital of facts might issue
and that demurrer might be made thereto, so that the ques-
tions sought to be raised in the Supreme Court could be con-
sidered. This practice was followed, and upon consideration
of the question so raised, Mr..Justice Bodine concluded that
relator was entitled to have the commission proceed to con-
sider the merits of relator's application for a pension and
reach a determination thereon, and directed the issuance of a

peremptory writ of *mandamus*. The judgment goes no further than to require the commission to proceed to a consideration and determination of the application in accordance with the provisions of the statute. In the correctness of this conclusion we concur. The relator's proofs as to his status are such as to require action on the part of the commission. *Hulse* v. *Policemen's Pension Commission, &c.,* 5 *N. J. Mis. R.* 258; 136 *Atl. Rep.* 197; *Simmons* v. *Policemen's Pension Commission, &c.,* 8 *N. J. Mis. R.* 408.

The judgment under review is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.